UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| GUILLERMO MOLINA-AGUILAR | CIVIL ACTION |
| VERSUS | NO. 08-3599 |
| UNITED STATES OF AMERICA, ET AL | SECTION "N" (1) |

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the objections[1] to the Magistrate Judge's Report and Recommendation filed by the plaintiff on January 2, 2009, and Doc. Nos. 7 and 8, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's Section 1983 claims be **DISMISSED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 20th day of January, 2009.

KURT D. ENGELHARDT
United States District Judge

---

[1] In his Objection, plaintiff fails to explain his failure to file proof of such service into the record on or before December 5, 2008, as required and ordered; nor does plaintiff assert any grounds as "good cause" for such failure.